IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KONNI LOGAN, an individual,

       Plaintiff,

    v.

KATHLEEN SEBELIUS, Secretary of
Health and Human Services; and
MID ROGUE INDEPENDENT PHYSICIAN
ASSOCIATION, an Oregon insurance
company,

       Defendants.

1:12-CV-118-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation [#39] of Magistrate Judge Clarke. Defendant Mid Rogue Independent Physician Association's Motion to Dismiss [#21] is GRANTED.

IT IS SO ORDERED.

DATED this **24** day of September, 2012.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER